November 29, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

ROSE MIKEASKY, Appellant

NO. 14-11-00619-CV                    V.

KLEIN INDEPENDENT SCHOOL DISTRICT, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on June 23, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by ROSE MIKEASKY.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.